UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 28, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TAEZON SANDEROSON,<br><br>　　　　Defendant. | Case No.  2:25-mj-00032-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release  TAEZON SANDEROSON, Case No. 2:25-mj-00032-JDP , Charge 18 U.S.C. § 922(g) from custody for the following reasons:

　　　　Release on Personal Recognizance

　　　　Bail Posted in the Sum of $

　　x　Unsecured Appearance Bond $   50,000.00

　　　　Appearance Bond with 10% Deposit

　　　　Appearance Bond with Surety

　　　　Corporate Surety Bail Bond

　　　　(Other):  Release delayed until 3/3/2025 at 9:00 AM with terms as stated on the record, and thereafter, the defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.

Issued at Sacramento, California on February 28, 2025, at  3:05 PM.

By:  *[signature]*

Magistrate Judge Sean C. Riordan