1  MICHAEL D. LONG  (CA State Bar #149475)
   901 H Street, Suite 301
2  Sacramento, CA 95814
3  (916) 201-4188
   Mike.Long.Law@msn.com
4
5  Attorney for TAEZON SANDERSON

6           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF CALIFORNIA
7
8  THE UNITED STATES OF AMERICA,         ) No. 2:25-54 JAM
              Plaintiff,                 )
9                                        ) STIPULATION AND [PROPOSED]
      v.                                 ) ORDER TO ALLOW Mr. SANDERSON TO
10                                       ) ATTEND A FAMILY BIRTHDAY PARTY ON
                                         ) APRIL 20, 2025, IN WOODLAND, CA
11                                       )
12 TAEZON SANDERSON,                     ) Date:
                                         ) Time:
13            Defendant.                 ) Judge: Hon. Magistrate Allison Claire
   ═══════════════════════════════════════)
14

15     Taezon Sanderson's special conditions of supervised release are found in ECF document 17,

16 dated February 28, 2025.  Mr. Sanderson would like to attend the birthday party of his 11-year-old

17 nephew in Woodland, California, on Sunday, April 20, 2025.

18     Mr. Sanderson's special conditions of release include a location monitoring device
19
   (condition 13) and home detention (condition 14).  See ECF document 17, page 2.  For this
20
   stipulation to be acceptable to all parties, the signatories to Mr. Sanderson's unsecured appearance
21
22 bond, Joseph Baldocchi and Kyjiana Sulton, must approve of this stipulation and sign this

23 document, below.  All other terms of Mr. Sanderson's pretrial release, including prohibitions on

24 alcohol and marijuana use, remain in effect for this party.  Mr. Sanderson does not have a Third-
25
   Party Custodian.
26
   ///
27
28

IT IS HEREBY STIPULATED AND AGREED between the defendant Taezon Sanderson, by and through his undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney Douglas Harman, that Mr. Sanderson may leave his home at or after 1:00 p.m. on April 20, 2025, to travel to Woodland, California, to attend the birthday party of his nephew, so long as he has returned to his own home at or before 10:00 p.m. on April 20, 2025. Mr. Sanderson must travel directly from his home to the birthday party, with no stops at any other locations. Mr. Sanderson must travel directly from the birthday party to his home.

I have spoken to United States Probation Officer Darryl Walker and he does not oppose the one-day trip described in this stipulation, according to the terms stated in this stipulation.

According to the terms stated in this stipulation, I, Joseph Baldocchi and Kyjiana Sulton, agree that Taezon Sanderson may may leave his home at or after 1:00 p.m. on April 20, 2025, to travel to Woodland, California, to attend the birthday party of his nephew, so long as he has returned to his own home at or before 10:00 p.m. on April 20, 2025.

_____           _____
JOSEPH BALDOCCHI                              KYJIANA SULTON

Dated: April 16, 2025                    Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Taezon Sanderson

Dated: April 16, 2025                    MICHELE BECKWITH
Acting United States Attorney

/s/ *Douglas Harman*
DOUGLAS HARMAN
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Mr. Sanderson may leave his home at or after 1:00 p.m. on April 20, 2025, to travel to Woodland, California, to attend the birthday party of his nephew, so long as he has returned to his own home at or before 10:00 p.m. on April 20, 2025. All other terms of Mr. Sanderson's pretrial release, including prohibitions on alcohol and marijuana use, remain in effect for this party.

Dated: April 16, 2025

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE