MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for TAEZON SANDERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAEZON SANDERSON,<br>　　　　　Defendant. | ) No. 2:25-54 JAM<br>)<br>) STIPULATION AND [~~PROPOSED~~]<br>) ORDER TO REPLACE HOME MONITORING<br>) WITH A CURFEW<br>)<br>) Date:<br>) Time:<br>) Judge: Hon. Magistrate Jeremy D. Peterson |

　　　　Taezon Sanderson's special conditions of supervised release are found in ECF document 17, dated February 28, 2025.

a) Condition 14 currently requires Mr. Sanderson to participate in the location monitoring program and be subject to home detention.

b) The parties hereby stipulate to modify condition 14 so that Mr. Sanderson is now subject to a daily curfew.

c)　The parties hereby stipulate to modify the condition so that it states:

"14. **CURFEW:** You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

Pretrial services has been notified of this modification and has no objection.

///

Dated: June 2, 2025                                             Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Taezon Sanderson

Dated: June 2, 2025                                             MICHELE BECKWITH
Acting United States Attorney

/s/ *Douglas Harman*
DOUGLAS HARMAN
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that Condition 14 of Mr. Sanderson's conditions of release now reads:

"14. **CURFEW:** You must remain inside your residence every day from 9:00 pm to 6:00 am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations."

All other terms of Mr. Sanderson's pretrial release, including prohibitions on alcohol and marijuana use, remain in effect for Mr. Sanderson.

Dated: June 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE