MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for TAEZON SANDERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>TAEZON LAURECE SANDERSON,<br><br>　　　　　Defendant. | ) No. 2:25-cr-00054-JAM<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER EXONERATING<br>) Mr. TAEZON SANDERSON's<br>) UNSECURED APPEARANCE BOND<br>) [ECF document 18]<br>)<br>) Judge: Hon. John A. Mendez<br>) |

　　　　On February 28, 2025, Judge Riordan ordered the release of defendant Taezon Sanderson on a $50,000 unsecured bond, with actual release delayed to March 3, 2025.  (See ECF 14.)  The signed unsecured appearance bond, filed on March 3, 2025, is found at ECF document 18.[1]

　　　　On September 23, 2025, defendant Taezon Sanderson was sentenced to a term of 36 months in prison.  (See ECF entry 53.)  On December 8, 2025, Mr. Sanderson self-surrendered at his designated Bureau of Prisons facility, as verified at https://www.bop.gov/inmateloc/.  Because Mr. Sanderson is now in custody and serving his prison sentence, the government, by and through AUSA Douglas Harman, and Defendant Taezon Sanderson, by and through his appointed CJA attorney Michael Long, hereby stipulate that Mr. Sanderson's unsecured $50,000 appearance bond (ECF

---

[1]

| 03/03/2025 | 18 | APPEARANCE BOND POSTED as to Taezon Sanderson in amount of $ 50,000.00 |
|---|---|---|

document 34), signed by Mr. Sanderson, and Joseph Baldocchi and Kyjiana Sultan should be exonerated.

Dated:  December 9, 2025                                  Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Mr. Sanderson

Dated:  December 9, 2025                                  ERIC GRANT
United States Attorney

/s/ *Douglas Harman*
DOUGLAS HARMAN
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court orders that Mr. Sanderson's unsecured appearance bond (ECF document 18) is hereby exonerated.

Dated:  December 15, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE